JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWIN SALINAS ARIAS,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>BIRKHOLZ, Warden,<br><br>　　　　Respondent. | Case No. 2:24-cv-9561-SPG-RAO<br><br>**JUDGMENT** |

Pursuant to the Court's Order Summarily Dismissing Petition,

**IT IS ORDERED AND ADJUDGED** that this action is dismissed without prejudice.

DATED: August 13, 2025

_____
SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE